UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-----------------------------------------------

| | : | |
|---|---|---|
| LUIS R. QUIONONES, | : | CASE NO. 4:20CV01067 |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | JUDGMENT ENTRY |
| | : | [Resolving Doc. 1] |
| WARDEN MARK K. WILLIAMS, | : | |
| | : | |
| Respondent. | : | |
| | : | |

-----------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

For the reasons set forth in the contemporaneously filed Opinion & Order, this action is dismissed pursuant to 28 U.S.C. § 2243 and, pursuant to Fed. R. Civ. P. 58, this case is dismissed and closed.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

Dated: August 5, 2020                     *s/ James S. Gwin*
                                                        JAMES S. GWIN
                                                        UNITED STATES DISTRICT JUDGE